No. 105, Orig.   KANSAS *v.* COLORADO.   Motion of the Special Master for award of interim fees and expenses granted, and the Special Master is awarded a total of $83,082.76 to be paid by Kansas, Colorado, and the United States pursuant to the allocation order filed by the Special Master on October 9, 1989.   [For earlier order herein, see, *e. g.,* 489 U. S. 1005.]

No. 111, Orig.   DELAWARE *v.* NEW YORK.   Motion of Minnesota for leave to intervene referred to the Special Master.   Motion of California, Michigan, Nebraska, Ohio, and Rhode Island for leave to file complaint in intervention referred to the Special Master.   Motion of Colorado for leave to intervene referred to the Special Master.   Motion of Arkansas, Florida, Iowa, Mississippi, Missouri, New Hampshire, and West Virginia for leave to file complaint in intervention referred to the Special Master.   [For earlier order herein, see, *e. g., ante,* p. 929.]

No. 88–1872.   RUTAN ET AL. *v.* REPUBLICAN PARTY OF ILLINOIS ET AL.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 807.]   Motion of Independent Voters of Illinois Independent Precinct Organization et al. for leave to file a brief as *amici curiae* granted.

No. 88–1897.   MICHIGAN DEPARTMENT OF STATE POLICE ET AL. *v.* SITZ ET AL.   Ct. App. Mich.   [Certiorari granted, *ante,* p. 806.]   Motions of National Organization of Mothers Against Drunk Driving, Washington Legal Foundation et al., American Alliance for Rights and Responsibilities, Inc., et al., National Governors' Association et al., and Appellate Committee of the California District Attorneys Association for leave to file briefs as *amici curiae* granted.

No. 88–1916.   MINNESOTA *v.* OLSON.   Sup. Ct. Minn.   [Certiorari granted, *ante,* p. 806.]   Motion of respondent for leave to proceed further herein *in forma pauperis* granted.   Motion for appointment of counsel granted, and it is ordered that Glenn P. Bruder, Esq., of Edina, Minn., be appointed to serve as counsel for respondent in this case.

No. 88–2043.   BALILES, GOVERNOR OF VIRGINIA, ET AL. *v.* VIRGINIA HOSPITAL ASSN.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 808.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.